No. 17-3156

# IN THE
# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

**RON GOLAN and DORIT GOLAN,**
**individually and on behalf of all others**
**similarly situated,**
*Plaintiffs-Appellants,*

v.

**VERITAS ENTERTAINMENT, LLC, et al.,**
*Defendant – Appellee*

Appeal from an Order and Judgment of the United States District Court
For the Eastern District of Missouri (St. Louis)
4:14-cv-00069-ERW
The Honorable **E. Richard Webber**, District Judge, Presiding.

## VERIFICATION OF TRANSCRIPT ORDER

Respectfully submitted,

**THE SIMON LAW FIRM, P.C.**

*/s/ Kevin M. Carnie, Jr.*
John G. Simon, #35231MO
Kevin M. Carnie, Jr., #60979MO
800 Market Street, Suite 1700
St. Louis, Missouri 63101
P. 314.241.2929
F. 314.241.2029
jsimon@simonlawpc.com
kcarnie@simonlawpc.com

1

**SCHULTZ & ASSOCIATES LLP**
Robert Schultz, #35329MO
Ronald J. Eisenberg, #48674MO
640 Cepi Drive, Suite A
Chesterfield, MO 63005
636-537-4645
Fax: 636-537-2599
rschultz@sl-lawyers.com
reisenberg@sl-lawyers.com

**WILLIAMS KHERKER HART BOUNDAS, LLP**
Brian Abramson, *Pro Hac Vice*
8441 Gulf Freeway, Suite 600
Houston, Texas 77017
713.230.2200

*ATTORNEYS FOR PLAINTIFFS*

Pursuant to Rule 10 of the Federal Rules of Appellate Procedure and the local rules of this Court, Plaintiffs-Appellants verify that the entire transcript of the underlying proceeding has been paid for and ordered.

Dated: October 19, 2017

Respectfully submitted,

**THE SIMON LAW FIRM, P.C.**

/s/ Kevin M. Carnie, Jr.
John G. Simon, #35231MO
Kevin M. Carnie, Jr., #60979MO
800 Market Street, Suite 1700
St. Louis, Missouri 63101
P. 314.241.2929
F. 314.241.2029
jsimon@simonlawpc.com
kcarnie@simonlawpc.com

**SCHULTZ & ASSOCIATES LLP**
Robert Schultz, #35329MO
Ronald J. Eisenberg, #48674MO
640 Cepi Drive, Suite A
Chesterfield, MO 63005
636-537-4645
Fax: 636-537-2599
rschultz@sl-lawyers.com
reisenberg@sl-lawyers.com

**WILLIAMS KHERKER HART BOUNDAS, LLP**
Brian Abramson, *Pro Hac Vice*
8441 Gulf Freeway, Suite 600
Houston, Texas 77017
713.230.2200

***ATTORNEYS FOR PLAINTIFFS***

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on this 19th day of October, 2017, the foregoing was filed electronically with the Clerk of the Court to be served via operation of the Court's electronic filing system to all counsel of record.

                                          /s/ Kevin M. Carnie Jr.