# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| RON GOLAN and DORIT GOLAN,<br><br>    Plaintiffs-Appellants,<br><br>v.<br><br>VERITAS ENTERTAINMENT, LLC, *et al.*,<br><br>    Defendants-Appellees. | Appeal No. 17-3156 |

**APPELLEES AIC COMMUNICATIONS, LLC AND FREEEATS.COM, INC.'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL APPENDIX**

Under the Court's January 9, 2019 Order and Eighth Circuit Rule 30A(b)(4), Appellees/Defendants AIC Communications, LLC and FreeEats.com, Inc. respectfully move for leave to file a short, thirteen-page supplemental appendix containing excerpts from the depositions of the two named plaintiffs as well as one additional page of the trial transcript. The materials in the supplemental appendix bear directly on the two questions asked by the Court in its January 9, 2019 Order, and will further aid the Court in making a fully informed decision about the standing issues the Court raised.

WHEREFORE, Appellees/Defendants AIC Communications, LLC and FreeEats.com, Inc. respectfully request that their motion be granted.

Dated: January 28, 2019					Respectfully submitted,

**BROWN & JAMES, P.C.**

/s/ *Teresa M. Young*
Teresa M. Young #52427
tyoung@bjpc.com
800 Market Street, 11th Floor
St. Louis, Missouri 63101
T: 314.421.3400
F: 314.421.3128

*Attorney for Defendants-Appellees*
*FreeEats.com, Inc. and*
*AIC Communications, LLC*

# CERTIFICATE OF COMPLIANCE

This motion complies with the word limit of Fed. R. App. P. 27(d)(2)(A) because the motion contains 106 words excluding the caption, title, signature block, and certificates. This motion complies with the typeface requirements of Fed R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because this motion has been prepared in a proportionally spaced typeface using Microsoft Office Word 2013 and 14-point Times New Roman type. Pursuant to Eighth Circuit Rule 28A(h)(2), this motion has been scanned for viruses and is virus-free.

/s/ *Teresa M. Young*
Teresa M. Young

## CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2019, I electronically filed the foregoing motion with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the appellate CM/ECF system.

The participants in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

/s/ *Teresa M. Young*
Teresa M. Young